IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES TALBERT | : | CIVIL ACTION |
| v. | : | |
| TINA WISE | : | NO. 17-1103 |
| PENNSYLVANIA DEPARTMENT<br>PUBLIC WELFARE | : | |

FILED
APR 11 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 10th day of April, 2017, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED for failure to state a claim for the reasons discussed in the Court's memorandum.

3. Talbert may file an amended complaint within thirty (30) days of the date of this order in the event he can state a plausible basis for a claim. Upon the filing of an amendment, the Clerk shall not make service until so ORDERED. If Talbert fails to file an amended complaint, this case may be dismissed for failure to prosecute without further notice.

BY THE COURT:

_____
LAWRENCE F. STENGEL, J.